# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dawson, Kent J. | District of Nevada | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Room 4085
Las Vegas, Nevada 89101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Multistate Properties |
| 2. | Officer/Director | Kent J. Dawson Chtd., a professional law corporation |
| 3. | Manager/Member | Los Feliz Estates, LLC |
| 4. | Manager/Member | Six Sixteen South Third Street, LLC |
| 5. | Officer/Director | Multistate Properties, Inc. |
| 6. | Officer | Los Feliz Owners Association |
| 7. | General Partner | K & R Dawson, L.P. |
| 8. | Director | Henderson Nevada Historical Society, Inc. |
| 9. | Manager/Member | Dawson Orchards, LLC |
| 10. | Manager/Member | New Zealand Personal Tours, L.L.C. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/1/72 | Kent Dawson/Nevada Public Employees Retirement System-retirement plan w/former employer - no control |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dawson, Kent J.** | 05/12/2020 |

2. 2/1/95      Kent J. Dawson, Chtd./Kent Dawson - rental income and compensation for services rendered before becoming a judge

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Nevada Public Employees Retirement System/Retirement benefits | $31,594.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dawson, Kent J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Net Med Stock | C | Dividend | M | W | | | | | |
| 2. Vacant Land BrianHead Utah | | None | O | W | | | | | |
| 3. 616 S. Third Street, LLC Rental Property, Las Vegas, Nevada | E | Rent | O | W | | | | | |
| 4. Los Feliz Estates, LLC Building Lots, Las Vegas, Nevada | | None | M | W | | | | | |
| 5. - Los Feliz Estates, LLC Building Lot, Las Vegas, Nevada | | | | | Sold (part) | 10/15/19 | M | F | Carrasco |
| 6. - Los Feliz Estates, LLC Building Lot, Las Vegas, Nevada | | | | | Sold (part) | 10/15/19 | M | F | Stafford |
| 7. Los Feliz Estates, LLC Vacant Land, Las Vegas, Nevada | | None | P1 | W | | | | | |
| 8. Vacant Land #2, Henderson, Nevada | | None | M | W | | | | | |
| 9. - Vacant Land #2, Henderson, Nevada | | | | | Sold (part) | 04/08/19 | O | G | Beazer |
| 10. Kent J. Dawson, Chtd. Stock | | None | L | U | | | | | |
| 11. Irrevocable Trust | | | | | | | | | |
| 12. - Real Estate, Las Vegas, Nevada | A | Rent | K | W | | | | | |
| 13. - Real Estate, Roy, Utah | D | Rent | L | W | | | | | |
| 14. Bank of Nevada Account | A | Interest | M | T | | | | | |
| 15. Bank of New Zealand Accounts | A | Interest | J | T | | | | | |
| 16. Lewis Manor Apartments | | None | K | W | | | | | |
| 17. Dawson Orchards LLC, Real Estate, Genola, Utah | | None | O | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Kent J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Serengetti Springs, LP Apartments | | None | N | W | | | | | |
| 19. | Vacant Land Mohave County Arizona | | None | J | W | | | | | |
| 20. | Wells Fargo - Various Accounts | B | Interest | J | T | | | | | |
| 21. | Mountain America CU | A | Interest | J | T | | | | | |
| 22. | Pennock Note | C | Interest | L | T | | | | | |
| 23. | ExchangeRight NLP 26 | E | Interest | O | W | Buy | 04/08/19 | O | | Exchange Right |
| 24. | ExchangeRight NLP 30 | B | Interest | M | W | Buy | 10/15/19 | M | | Exchange Right |
| 25. | ExclusiveRight NLP 30 | B | Interest | M | W | Buy | 10/15/19 | M | | Exchange Right |
| 26. | Sodus, New York Orchard | | None | L | R | Buy | 09/03/19 | L | | Hillis |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dawson, Kent J.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.  Positions, Line 3 - "Los Feliz Estates" is a residential subdivision not a "trust or estate" entity.  See VII, Lines 4 and 5.

VII. Investments and Trusts

Line 22 - "Pennock Note" relates to the transaction reported in Section VII. Investments and Trusts, Line 4 of the Financial Disclosure Report for Calendar year 2016.  That transaction consisted of a cash down payment for a portion of the purchase price with the balance in the form of the "promisory note," secured by a Deed of Trust; and

Line 26 - "Sodus, New York Orchard" consisted of the purchase of an orchard in Sodus, New York on September 3, 2019 for a cash price of $80,632.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent J. Dawson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544